### JULY 11, 1962

*United States* v. *Falcon Sales Company, J. J. Murphy & Co.* (No. 5096).—
Spring clothespins—Presidential proclamation.

*Hi Test Twist Drill Works, Inc.* v. *United States* (No. 5105).—Cutting tools—
masonry drills or drill bits—General Agreement on Tariffs and Trade.

### JULY 18, 1962

*United States* v. *Excelsior Accordions, Inc.* (No. 5111).—Musical instruments—
chord organs n.s.p.f.—Trade agreement.

### JULY 23, 1962

*United States* v. *Geo. S. Bush & Co., Inc.* (No. 5103).—Clams, reappraisement of.